**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| MICHAEL ARNOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-CV-0051 RLW |
| ) | |
| MISSOURI STATE PUBLIC DEFENDER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to obtain his prison account statement. As this Court granted plaintiff leave to proceed in forma pauperis and assessed an initial partial filing fee of $1.00 on March 16, 2018, plaintiff's motion will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to obtain his prison account statement [Doc. #5] is **DENIED AS MOOT**.

Dated this 21st day of March, 2018.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE